IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JEFFREY T. SNOW,

    Plaintiff,

v.                                          Civil Action No. 3:20CV170–HEH

GARY A. MILLS,

    Defendant.

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

On March 18, 2020, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on April 10, 2020, the Court directed Plaintiff to pay an initial partial filing fee of $17.50 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). On April 20, 2020, Plaintiff filed a second copy of an *in forma pauperis* affidavit. By Memorandum Order entered on April 22, 2020, the Court noted: "Within eleven (11) days of the date of entry hereof, Plaintiff must submit an initial partial filing fee of **$17.50 or state under penalty of perjury that he does not have sufficient assets to pay such a fee**. *See* 28 U.S.C. § 1915(b)(1). Mailing an *in forma pauperis* affidavit to the Court fails to satisfy this directive." (ECF No. 11, at 1.) Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed

*in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                          /s/

                          HENRY E. HUDSON

Date: May 21, 2020        SENIOR UNITED STATES DISTRICT JUDGE
Richmond, Virginia

2